UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MATTHEW IISAGER,

    Plaintiff,

v.                                          Case No. 3:04-cv-363-J-99HTS

CONVERGYS CUSTOMER
MANAGEMENT GROUP INC.,
a foreign corporation

    Defendant.
_____/

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 8, filed May 6, 2005). Pursuant to Rule 41(a), the case is **DISMISSED WITH PREJUDICE**. Each Party shall bear its own attorneys' fees and costs, and the Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this ____ day of May, 2005.

                                                  HARVEY E. SCHLESINGER
                                                  United States District Judge

Copies to:
David B. Sacks, Esq.
Payong V. Puksahome, Esq.
Randall W. Lord, Esq.